

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR 1369-JAH |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., |
| FERNANDO GARCIA-GARCIA, | ) | Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| Defendant. | ) |  |

The United States Attorney charges:

On or about April 15, 2008, within the Southern District of California, defendant FERNANDO GARCIA-GARCIA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gilberto Rodriguez-Martinez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: May 1, 2008.

KAREN P. HEWITT
United States Attorney

*[signature]*
for W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego
4/21/08